UNITED STATES *v.* RAILWAY EXPRESS AGENCY INC., AGENT FOR BLUE STOCK FUR RANCH

**No. 4858.**—Invoice dated Quebec, Canada, October 15, 1936.
Certified December 16, 1936.
Entered at Rouses Point, N. Y., December 17, 1936.
Entry No. A–2237.

First Division, Appellate Term

(Decided April 4, 1940)

*Webster J. Oliver*, Assistant Attorney General (*William J. Vitale*, special attorney), for the appellant.
*William Whynman* for the appellee.

Before BROWN, TILSON, and DALLINGER, Judges

BROWN, Judge: This is an appeal from the decision of Judge Evans in determining the dutiable value of certain minks imported from Canada. For the reasons elaborately and carefully stated in the opinion of Judge Evans below, whose findings of fact and conclusions of law we hereby adopt as our own, his judgment is affirmed in all respects.